**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **WAYNE GERLING** | |
| Plaintiff, | |
| v. | Cause No. 4:17-cv-2702-JAR |
| **CITY OF HERMANN, MISSOURI, et al.** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENTRY OF PARTIAL SATISFACTION OF JUDGMENT

Plaintiff acknowledges that he received payment from Defendant's insurer in the total amount of $787,852.74. Plaintiff also agrees that neither Defendant nor its insurer have made any payments toward the $500,000 punitive damages judgment. Plaintiff maintains that its attorneys' fees and costs associated with collecting the $500,000 are recoverable, and thus objects to Defendant's motion to the extent it seeks an order barring Plaintiff from recovering the same. Plaintiff has cited to no authority to support any contention that Plaintiff would not be able to recover its attorneys' fees and expenses associated in collecting the punitive damages judgment.

**WHEREFORE**, Plaintiff respectfully requests this Court deny Defendant's motion to the extent it seeks to bar Plaintiff from recovering attorneys' fees and expenses associated with collecting the punitive damages judgment.

Dated: April 14, 2022          Respectfully submitted:

**NORRIS KEPLINGER HICKS & WELDER, LLC**

By:  s/*David J. Welder*
David J. Welder, #61806 MO
dwelder@nkfirm.com

11551 Ash Street, Suite 200
Leawood, Kansas 66211
(913) 663-2000
(913) 663-2006 (Fax)

**THE SIMON LAW FIRM, P.C.**
John G. Simon, #35321 MO
Kevin M. Carnie Jr., #60979 MO
Patrick R. McPhail, #70242 MO
800 Market Street, Suite 1700
St. Louis, MO 63101
Telephone: 314-241-2929
jsimon@simonlawpc.com
kcarnie@simonlawpc.com
pmcphail@simonlawpc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the Court's CM/ECF filing system on this 14th day of April, 2022, to all counsel of record.

s/*David J. Welder*
**Attorney for Plaintiff**

{0270740.DOCX}