# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WAYNE GERLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:17-cv-2702-JAR |
| ) | |
| MATTHEW WAITE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REPLY SUGGESTIONS IN SUPPORT OF HIS MOTION FOR ENTRY OF PARTIAL SATISFACTION OF JUDGMENT

Defendant Matthew Waite, by and through his undersigned counsel, hereby submits his Reply Suggestions in Support of his Request for this Court to enter a Partial Satisfaction of Judgment as to the award of actual damages, taxable costs, and attorneys' fees and expenses in this matter (Doc. 214). In support, Defendant states as follows:

1. Plaintiff has filed Suggestions in Opposition to Defendant's Motion (Doc. 215).

2. Plaintiff's Suggestion in Opposition agrees that Plaintiff has received payment in the total amount of $787,852.74, consisting of $150,000 in actual damages, $625,265.93 in attorney's fees and non-taxable costs, and $12,586.81 in taxable costs.

3. Plaintiff's Suggestions in Opposition only objects to Defendant's Motion for Entry of Partial Satisfaction of Judgment to the extent is seeks an order barring Plaintiff's from recovering attorney's fees on collecting the remaining punitive damages portion of the Judgment entered by this Court.

4. Defendant's motion made no mention of any such request.

WHEREFORE, Defendant Waite respectfully asks this Court to enter a Partial Satisfaction of Judgment in the total amount of $787,852.74 as to the award of actual damages, taxable costs, and attorneys' fees and expenses in this matter, and for any other relief deemed just and proper under the circumstances.

Respectfully Submitted,

SCHREIMANN, RACKERS &
FRANCKA, L.L.C.

/s/ Ryan Bertels
Chris Rackers, #41894
Brad Letterman, #52818
Ryan Bertels, #55167
931 Wildwood Drive
Suite 201
Jefferson City, MO 65109
573/634-7580
573/635-6034 (facsimile)
cpr@srfblaw.com
bcl@srfblaw.com
rb@srfblaw.com

Attorneys for Defendant Matthew Waite

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record, via the Court's electronic filing system, on April 18, 2022.

/s/ Ryan Bertels